**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF GEORGIA**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Haajar**<br>First Name<br>**Muhammad**<br>Middle Name<br>**Owen**<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) |
|  | Bring your picture identification to your meeting with the trustee. | | |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _6_ _6_ _3_ _9_<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ |

Debtor 1   **Haajar Muhammad Owen**                                   Case number (if known) _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.           ☐ I have not used any business names or EINs.

Business name _____                          Business name _____

Business name _____                          Business name _____

Business name _____                          Business name _____

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___              EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___              EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5.** **Where you live**

                                                        If Debtor 2 lives at a different address:

**2753 Morgan Glen Road** _____                 _____
Number    Street                                        Number    Street

_____                              _____

_____                              _____

**Buford**              **GA**   **30519**              _____
City                State  ZIP Code                     City              State  ZIP Code

**Gwinnett** _____                          _____
County                                                  County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____                                 _____
Number    Street                                        Number    Street

_____                                 _____
P.O. Box                                                P.O. Box

_____                                 _____
City                State  ZIP Code                     City              State  ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*                                            *Check one:*

☑ Over the last 180 days before filing this             ☐ Over the last 180 days before filing this
petition, I have lived in this district longer          petition, I have lived in this district longer
than in any other district.                             than in any other district.

☐ I have another reason.  Explain.                      ☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)                                 (See 28 U.S.C. § 1408.)

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1     **Haajar Muhammad Owen** _____     Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____    When _____    Case number _____
                                          MM / DD / YYYY

District _____    When _____    Case number _____
                                          MM / DD / YYYY

District _____    When _____    Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                          MM / DD / YYYY        if known

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                          MM / DD / YYYY        if known

**11. Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No.  Go to line 12.
☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1     **Haajar Muhammad Owen**                                    Case number (if known) _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number     Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____    _____    _____
City                         State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101B)
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

☑ No
☐ Yes.  What is the hazard?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?

Where is the property?  _____
                        Number     Street

_____

_____    _____    _____
City                         State     ZIP Code

---

Debtor 1    **Haajar Muhammad Owen**    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Haajar Muhammad Owen** _____    Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** _Consumer debts_ are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** _Business debts_ are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

☒ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☒ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Haajar Muhammad Owen** _____    Case number (if known) _____

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Haajar Muhammad Owen** _____    X  _____
Haajar Muhammad Owen, Debtor 1                      Signature of Debtor 2

Executed on  **01/12/2020** _____              Executed on  _____
        MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1    **Haajar Muhammad Owen**                              Case number (if known) _____

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

X **/s/ Matthew T. Berry**                                      Date  **01/12/2020**
Signature of Attorney for Debtor                                    MM / DD / YYYY


**Matthew T. Berry**
Printed name

**Berry & Associates**
Firm Name

**2751 Buford Hwy**
Number            Street

**Suite 600**



**Atlanta**                                        **GA**        **30324**
City                                              State        ZIP Code


Contact phone   **(404) 235-3300**            Email address **mberry@mattberry.com**


**055663**
Bar number                                        State

| | | | |
|---|---|---|---|
| **Fill in this information to identify your case and this filing:** | | | |

Debtor 1          **Haajar**          **Muhammad**          **Owen**
                  First Name          Middle Name            Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name          Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known)    _____

☐ Check if this is an
   amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list
the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are
filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate
sheet to this form.  On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☑ No.  Go to Part 2.
    ☐ Yes.  Where is the property?

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any
    entries for pages you have attached for Part 1.  Write that number here**........................................................➔   | $0.00 |

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

3.1.
Make:          **Buick**
Model:        **Encore**
Year:          **2017**
Approximate mileage:  _____
Other information:
**2017 Buick Encore**

**Who has an interest in the property?**
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $12,875.00 | $12,875.00 |

Debtor 1      **Haajar Muhammad Owen**                                    Case number (if known) _____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2.  Write that number here.........................................➔  | $12,875.00 |

**Part 3:     Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?                        Current value of the
                                                                                                         portion you own?
                                                                                                         Do not deduct secured
                                                                                                         claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe..... | Household goods |                                      $1,500.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
              music collections; electronic devices including cell phones, cameras, media players, games
    ☑ No
    ☐ Yes. Describe.....

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
              stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☑ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
              canoes and kayaks; carpentry tools; musical instruments
    ☑ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..... | Clothing |                                            $500.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
              gold, silver
    ☑ No
    ☐ Yes. Describe.....

Official Form 106A/B                              **Schedule A/B: Property**                                    page 2

Debtor 1    **Haajar Muhammad Owen**    Case number (if known) _____

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes.  Describe.....

_____

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information.............

_____

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**.................................................................................... ➔ | **$2,000.00** |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes................................................................................................ Cash:  ..........................    _____

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................    Institution name:

17.1.    Checking account:    **Chime Bank Checking account**    $0.00

**18.  Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................    Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about them.........................    Name of entity:    % of ownership:

Debtor 1    **Haajar Muhammad Owen** _____    Case number (if known) _____

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
_Negotiable instruments_ include personal checks, cashiers' checks, promissory notes, and money orders.
_Non-negotiable instruments_ are those you cannot transfer to someone by signing or delivering them.

- [x] No
- [ ] Yes. Give specific
  information about
  them......................... Issuer name:

**21. Retirement or pension accounts**
_Examples:_ Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

- [x] No
- [ ] Yes. List each
  account separately.     Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
_Examples:_ Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

- [x] No
- [ ] Yes........................... Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

- [x] No
- [ ] Yes........................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

- [x] No
- [ ] Yes........................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

- [x] No
- [ ] Yes. Give specific
  information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
_Examples:_ Internet domain names, websites, proceeds from royalties and licensing agreements

- [x] No
- [ ] Yes. Give specific
  information about them

**27. Licenses, franchises, and other general intangibles**
_Examples:_ Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

- [x] No
- [ ] Yes. Give specific
  information about them

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

- [x] No
- [ ] Yes. Give specific information
  about them, including whether
  you already filed the returns
  and the tax years......................

Federal:_____

State:  _____

Local:  _____

---

Debtor 1    **Haajar Muhammad Owen** _____    Case number (if known) _____

**29. Family support**
  _Examples:_ Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

  ☑ No
  ☐ Yes. Give specific information

| | Alimony: | _____ |
| | Maintenance: | _____ |
| | Support: | _____ |
| | Divorce settlement: | _____ |
| | Property settlement: | _____ |

**30. Other amounts someone owes you**
  _Examples:_ Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
  compensation, Social Security benefits; unpaid loans you made to someone else

  ☑ No
  ☐ Yes. Give specific information _____    _____

**31. Interests in insurance policies**
  _Examples:_ Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

  ☑ No
  ☐ Yes. Name the insurance
  company of each policy
  and list its value................    Company name:    Beneficiary:    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
  entitled to receive property because someone has died

  ☑ No
  ☐ Yes. Give specific information _____    _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  _Examples:_ Accidents, employment disputes, insurance claims, or rights to sue

  ☑ No
  ☐ Yes. Describe each claim........ _____    _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
  rights to set off claims**

  ☑ No
  ☐ Yes. Describe each claim........ _____    _____

**35. Any financial assets you did not already list**

  ☑ No
  ☐ Yes. Give specific information _____    _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
  attached for Part 4. Write that number here.................................................................** ➔ | **$0.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

**37. Do you own or have any legal or equitable interest in any business-related property?**

  ☑ No. Go to Part 6.
  ☐ Yes. Go to line 38.

Debtor 1    **Haajar Muhammad Owen** _____    Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..    [_____]    _____

**39. Office equipment, furnishings, and supplies**
_Examples:_ Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..    [_____]    _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..    [_____]    _____

**41. Inventory**

☑ No
☐ Yes. Describe..    [_____]    _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.....  Name of entity:                    % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.    **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     ☐ No
     ☐ Yes.  Describe....    [_____]    _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**................................................................................. ➔    | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1    **Haajar Muhammad Owen** _____   Case number (if known) _____

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**47. Farm animals**
_Examples:_ Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... _____   _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information............... _____   _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... _____   _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... _____   _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information............... _____   _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here.........................................................................** ➔ | **$0.00** |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
_Examples:_ Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54. Add the dollar value of all of your entries from Part 7.  Write that number here............................** ➔ | **$0.00** |

Debtor 1   **Haajar Muhammad Owen**                                    Case number (if known) _____

---

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2**................................................................................➔        $0.00

56.  **Part 2: Total vehicles, line 5**                                    $12,875.00

57.  **Part 3: Total personal and household items, line 15**              $2,000.00

58.  **Part 4: Total financial assets, line 36**                            $0.00

59.  **Part 5: Total business-related property, line 45**                   $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**          $0.00

61.  **Part 7: Total other property not listed, line 54**           +        $0.00

62.  **Total personal property.**   Add lines 56 through 61...........   $14,875.00    Copy personal property total  ➔  +  $14,875.00

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62..............................................   $14,875.00

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Haajar** | **Muhammad** | **Owen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Haajar Muhammad Owen**          X _____
Haajar Muhammad Owen, Debtor 1              Signature of Debtor 2

Date **01/12/2020**                    Date _____
MM / DD / YYYY                          MM / DD / YYYY

---

**Fill in this information to identify your case:**

Debtor 1 __**Haajar**_____ __**Muhammad**_____ __**Owen**_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF GEORGIA**__

Case number
(if known) _____

☐ Check if this is an
amended filing

---

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own *Copy the value from Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2017 Buick Encore** <br> Line from *Schedule A/B*: __3.1__ | $12,875.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: **Household goods** <br> Line from *Schedule A/B*: __6__ | $1,500.00 | ☑ $1,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor 1   **Haajar Muhammad Owen** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Clothing**<br><br>Line from *Schedule A/B*:  __11__ | **$500.00** | ☑  **$500.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Chime Bank Checking account**<br><br>Line from *Schedule A/B*:  __17.1__ | **$0.00** | ☑  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Official Form 106C                     **Schedule C: The Property You Claim as Exempt**                     page 2

**Fill in this information to identify your case:**

Debtor 1    **Haajar**          **Muhammad**          **Owen**
            First Name          Middle Name           Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral | Column B <br> **Value of collateral that supports this claim** | Column C <br> **Unsecured portion** <br> If any |
|---|---|---|---|

**2.1**

**Sol Acceptance**
Creditor's name
**1424 N Batavia St**
Number    Street

**Orange          CA    92867**
City          State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **07/2019**

Describe the property that secures the claim:

**2017 Buick Encore**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $17,400.00 | $12,875.00 | $4,525.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Title Lien**

Last 4 digits of account number    **6  6  4  1**

Add the dollar value of your entries in Column A on this page. Write that number here:        **$17,400.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:        **$17,400.00**

**Fill in this information to identify your case:**

| Debtor 1 | **Haajar** | **Muhammad** | **Owen** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.
☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

Priority Creditor's Name

_____
Number        Street

_____

_____
City            State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1 __Haajar Muhammad Owen_____    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑   Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| 4.1 | | **$6,431.00** |
|---|---|---|

**Bridgecrest**
Nonpriority Creditor's Name
**7300 East Hampton Avenue**
Number       Street
**Suite 100**

| | | |
| **Mesa** | **AZ** | **85209** |
City | State | ZIP Code

**Who incurred the debt?**  Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑  No
☐  Yes

**Last 4 digits of account number**    _5_ _1_ _0_ _1_

**When was the debt incurred?**    09/2018

**As of the date you file, the claim is:** Check all that apply.

☐  Contingent
☐  Unliquidated
☑  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
   **Deficiency**

| 4.2 | | **$269.00** |
|---|---|---|

**Canyon Ridge Hospital**
Nonpriority Creditor's Name
**P.O. Box 1778**
Number       Street

| | | |
| **Chino** | **CA** | **91708** |
City | State | ZIP Code

**Who incurred the debt?**  Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑  No
☐  Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
   **Medical Services**

Debtor 1   **Haajar Muhammad Owen** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.3** _____    **$1,596.61**

**Chase**
Nonpriority Creditor's Name
**JPMorgan Chase Bank, N.A.**
Number      Street
**P.O. Box 182051**

_____

**Columbus          OH      43218-2051**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Account**

**4.4** _____    **$26,588.00**

**Collins Asset Group**
Nonpriority Creditor's Name
**5725 Highway 290 West, Suite 103**
Number      Street
**PO Box 91059**

_____

**Austin          TX      78735**
City            State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    6  6  3  6
**When was the debt incurred?**    04/2019

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Account**

**4.5** _____    **$48.44**

**Credit Collection Services**
Nonpriority Creditor's Name
**725 Canton St.**
Number      Street

_____

**Norwood          MA      02062**
City            State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    8  3  2  0
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Account**

Debtor 1    **Haajar Muhammad Owen**    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.6 | | | | | $6,536.00 |
|---|---|---|---|---|---|

**Department of Education/Nelnet**
Nonpriority Creditor's Name
**Attn: Claims**
Number      Street
**PO Box 82505**

**Lincoln                NE      68501**
City                State      ZIP Code

Last 4 digits of account number    2   7   3   9

When was the debt incurred?    08/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| 4.7 | | | | | $6,309.00 |
|---|---|---|---|---|---|

**Department of Education/Nelnet**
Nonpriority Creditor's Name
**Attn: Claims**
Number      Street
**PO Box 82505**

**Lincoln                NE      68501**
City                State      ZIP Code

Last 4 digits of account number    0   6   3   9

When was the debt incurred?    08/2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| 4.8 | | | | | $4,500.00 |
|---|---|---|---|---|---|

**Department of Education/Nelnet**
Nonpriority Creditor's Name
**Attn: Claims**
Number      Street
**PO Box 82505**

**Lincoln                NE      68501**
City                State      ZIP Code

Last 4 digits of account number    2   8   3   9

When was the debt incurred?    08/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1    **Haajar Muhammad Owen**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.9**                                                                                                              **$3,972.00**

**Department of Education/Nelnet**
Nonpriority Creditor's Name
**Attn: Claims**
Number    Street
**PO Box 82505**

**Lincoln**                          **NE      68501**
City                          State      ZIP Code

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **4    3    3    9**
When was the debt incurred?    **06/2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.10**                                                                                                             **$3,318.00**

**Department of Education/Nelnet**
Nonpriority Creditor's Name
**Attn: Claims**
Number    Street
**PO Box 82505**

**Lincoln**                          **NE      68501**
City                          State      ZIP Code

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **4    1    3    9**
When was the debt incurred?    **01/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.11**                                                                                                             **$2,597.00**

**Department of Education/Nelnet**
Nonpriority Creditor's Name
**Attn: Claims**
Number    Street
**PO Box 82505**

**Lincoln**                          **NE      68501**
City                          State      ZIP Code

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0    5    3    9**
When was the debt incurred?    **08/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1    **Haajar Muhammad Owen**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.12 | | $2,250.00 |
|---|---|---|

**Department of Education/Nelnet**
Nonpriority Creditor's Name
**Attn: Claims**
Number        Street
**PO Box 82505**

**Lincoln                    NE        68501**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4    0    3    9**
When was the debt incurred?    **01/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

| 4.13 | | $2,250.00 |
|---|---|---|

**Department of Education/Nelnet**
Nonpriority Creditor's Name
**Attn: Claims**
Number        Street
**PO Box 82505**

**Lincoln                    NE        68501**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3    2    3    9**
When was the debt incurred?    **05/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

| 4.14 | | $1,999.00 |
|---|---|---|

**Department of Education/Nelnet**
Nonpriority Creditor's Name
**Attn: Claims**
Number        Street
**PO Box 82505**

**Lincoln                    NE        68501**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **2    6    3    9**
When was the debt incurred?    **08/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

Debtor 1 __Haajar Muhammad Owen_____   Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.15 | | $1,290.00 |
|---|---|---|

**Department of Education/Nelnet**
Nonpriority Creditor's Name
**Attn: Claims**
Number    Street
**PO Box 82505**

**Lincoln                        NE        68501**
City                          State     ZIP Code

Last 4 digits of account number    __3__ __3__ __3__ __9__
When was the debt incurred?    **05/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce
 that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

| 4.16 | | $5,853.62 |
|---|---|---|

**FHF I The Heights, LLC**
Nonpriority Creditor's Name
**28 State Street 10th Floor**
Number    Street

**Boston                        MA        02109**
City                          State     ZIP Code

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
 that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
 **Foreign Judgment**

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

| 4.17 | | $269.00 |
|---|---|---|

**Frost Arnett Company**
Nonpriority Creditor's Name
**PO Box 198988**
Number    Street

**Nashville                    TN        37219-8988**
City                          State     ZIP Code

Last 4 digits of account number    __8__ __2__ __4__ __5__
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
 that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
 **Account**

Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1   **Haajar Muhammad Owen** _____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.18** | | $132.64

**Global Trust Management**
Nonpriority Creditor's Name
**PO Box 26244**
Number      Street
_____

_____

**Tampa**                **FL**    **33623**
City                          State    ZIP Code

Who incurred the debt?   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   **9   9   9   0**
When was the debt incurred?   **6/1/19**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Payday loan**

**4.19** | | $115.00

**Grant & Weber**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**26610 Agoura Road, Suite 209**

_____

**Calabasas**            **CA**    **91302**
City                          State    ZIP Code

Who incurred the debt?   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   **1   4   1   4**
When was the debt incurred?   **07/2019**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Account**

**4.20** | | $230.80

**Grant & Weber**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**26610 Agoura Road, Suite 209**

_____

**Calabasas**            **CA**    **91302**
City                          State    ZIP Code

Who incurred the debt?   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   **1   2   6   7**
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Account**

Debtor 1    **Haajar Muhammad Owen**    Case number (if known)

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.21**

$2,274.75

**Inbox Loan**
Nonpriority Creditor's Name
**PO Box 881**
Number        Street

**Santa Rosa**            **CA**    **95402**
City                      State   ZIP Code

Who incurred the debt?    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **2    4    8    5**
When was the debt incurred?    **4/10/19**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Payday loan**

**4.22**

$0.00

**JP Morgan Chase Bank**
Nonpriority Creditor's Name
**100 S Vincent Ave West**
Number        Street

**Covina**                **CA**    **91790**
City                      State   ZIP Code

Who incurred the debt?    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **0    3    0    7**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Account**

**4.23**

$7,165.00

**Nelnet**
Nonpriority Creditor's Name
**Attn: Bankruptcy Claims**
Number        Street
**PO Box 82505**

**Lincoln**               **NE**    **68501**
City                      State   ZIP Code

Who incurred the debt?    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **7    6    3    9**
When was the debt incurred?    **08/2006**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

Debtor 1   **Haajar Muhammad Owen**                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.24**                                                                 **$6,728.00**

**Nelnet**
Nonpriority Creditor's Name
**Attn: Bankruptcy Claims**
Number    Street
**PO Box 82505**

**Lincoln**          **NE**   **68501**
City                State   ZIP Code

Last 4 digits of account number   **7**  **8**  **3**  **9**
When was the debt incurred?   **10/2007**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**4.25**                                                                 **$5,522.00**

**Nelnet**
Nonpriority Creditor's Name
**Attn: Bankruptcy Claims**
Number    Street
**PO Box 82505**

**Lincoln**          **NE**   **68501**
City                State   ZIP Code

Last 4 digits of account number   **7**  **7**  **3**  **9**
When was the debt incurred?   **10/2007**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**4.26**                                                                 **$4,504.00**

**Nelnet**
Nonpriority Creditor's Name
**Attn: Bankruptcy Claims**
Number    Street
**PO Box 82505**

**Lincoln**          **NE**   **68501**
City                State   ZIP Code

Last 4 digits of account number   **8**  **0**  **3**  **9**
When was the debt incurred?   **02/2008**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Debtor 1   **Haajar Muhammad Owen**                                   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.27**                                                                                        **$4,206.00**

**Nelnet**
Nonpriority Creditor's Name
**Attn: Bankruptcy Claims**
Number      Street
**PO Box 82505**

Last 4 digits of account number    **7   9   3   9**
When was the debt incurred?    **02/2008**

**Lincoln            NE      68501**
City                 State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.28**                                                                                        **$3,217.00**

**Nelnet**
Nonpriority Creditor's Name
**Attn: Bankruptcy Claims**
Number      Street
**PO Box 82505**

Last 4 digits of account number    **7   5   3   9**
When was the debt incurred?    **08/2006**

**Lincoln            NE      68501**
City                 State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.29**                                                                                        **$1,109.31**

**Niizhwaaswi LLC**
Nonpriority Creditor's Name
**Loan at Last**
Number      Street
**PO Box 1193**

Last 4 digits of account number    **6   2   0   0**
When was the debt incurred?    **5/2/19**

**Lac du Flambeau      WI     54548**
City                 State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Payday loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **Haajar Muhammad Owen**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.30**                                                                                      **$572.17**

**Northeast Georgia Health System**
Nonpriority Creditor's Name
**P.O. Box 744126**
Number    Street
_____

**Atlanta**              **GA**    **30374-3362**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical Services**

**4.31**                                                                                      **$572.17**

**Northeast Georgia Payment Center**
Nonpriority Creditor's Name
**PO Box 129**
Number    Street
_____

**Oakwood**              **GA**    **30566**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0  8  1  3
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical Services**

**4.32**                                                                                      **$112.35**

**Premier Family Medicine Assoc.**
Nonpriority Creditor's Name
**1770 North Orange Grove Avenue**
Number    Street
_____

**Pomona**              **CA**    **91767**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical Services**

Debtor 1    **Haajar Muhammad Owen**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.33 | | $86.27 |

**Premier Family Medicine Assoc.**
Nonpriority Creditor's Name
**1770 North Orange Grove Avenue**
Number          Street

_____

**Pomona**                    **CA**    **91767**
City                          State   ZIP Code

Who incurred the debt?   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Medical Services**

| 4.34 | | $48.44 |

**Progressive Direct Auto**
Nonpriority Creditor's Name
**P.O. Box 31260**
Number          Street

_____

**Tampa**                    **FL**    **33631**
City                          State   ZIP Code

Who incurred the debt?   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Account**

| 4.35 | | $139.70 |

**Progressive Leasing**
Nonpriority Creditor's Name
**PO Box 413110**
Number          Street

_____

**Salt Lake City**            **UT**    **84141-3110**
City                          State   ZIP Code

Who incurred the debt?   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   5  6  0  1
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Account**

Debtor 1    **Haajar Muhammad Owen**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|-------------------------------------------------------|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.36**                                                                                              **$2,277.08**

**Radiant Cash**

Last 4 digits of account number    **5   1   6   2**

Nonpriority Creditor's Name
**PO Box 1183**

When was the debt incurred?    **1/31/19**

Number        Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lac du Flambeau        WI        54538**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Payday loan**

---

**4.37**                                                                                              **$315.00**

**Speedy Cash**

Last 4 digits of account number    **2   6   3   8**

Nonpriority Creditor's Name
**8918 West 21st North**

When was the debt incurred?    **12/18/18**

Number        Street
**Suite 200 PMB 303**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wichita        KS        67205**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Payday loan**

---

**4.38**                                                                                              **$1,464.41**

**True Accord**

Last 4 digits of account number    **1   2   8   4**

Nonpriority Creditor's Name
**16011 College Blvd**

When was the debt incurred?    _____

Number        Street
**Suite 130**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lenexa        KS        66219**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Payday loan**

Debtor 1    **Haajar Muhammad Owen**                                Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.39 | |
|---|---|
| | **$48.44** |

| **United Financial Casualty Co** | **Last 4 digits of account number** ___ ___ ___ ___ |
|---|---|

Nonpriority Creditor's Name

**6300 Wilson Mills Road**

Number        Street

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mayfield Village        OH    44143-2182**

City                State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**Account**

Debtor 1    __Haajar Muhammad Owen_____    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

__Canyon Ridge Hospital_____
Name
__c/o Frost-Arnett_____
Number    Street
__P.O. Box 198988_____

__Nashville_____ __TN____ __37219-8988____
City                  State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

__FHF I The Heights, LLC_____
Name
__c/o Kimball, Tirey & St. John, LLP_____
Number    Street
__2040 Main St., Suite 500_____

__Irvine_____ __CA____ __92614_____
City                  State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Foreign Judgment**           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

__Premier Family Medicine Assoc._____
Name
__c/o Grant & Weber, Inc._____
Number    Street
__5586 S. Fort Apache Road, Ste 110_____

__Las Vegas_____ __NV____ __89148_____
City                  State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

__Premier Family Medicine Assoc._____
Name
__c/o Grant & Weber_____
Number    Street
__P.O. Box 8669_____

__Calabasas_____ __CA____ __91372-8669____
City                  State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Medical Services**           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

__United Financial Casualty Co_____
Name
__c/o Credit Collection Services_____
Number    Street
__725 Canton St._____

__Norwood_____ __MA____ __02062_____
City                  State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Account**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

Debtor 1    **Haajar Muhammad Owen**    _____    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $66,363.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $50,554.20 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $116,917.20 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Haajar** | **Muhammad** | **Owen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA** | | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

---

**Fill in this information to identify your case:**

Debtor 1    **Haajar**          **Muhammad**          **Owen**
            First Name           Middle Name           Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known)    _____

☐ Check if this is an
   amended filing

---

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:*  **Your codebtor**                    *Column 2:*  **The creditor to whom you owe the debt**

                                                     Check all schedules that apply:

---

**Fill in this information to identify your case:**

Debtor 1    **Haajar**          **Muhammad**       **Owen**
            First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name     Middle Name        Last Name

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1.** | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Lead interface analyst** | |
| **Employer's name** | **Sevocity Inc** | |
| **Employer's address** | **13409 NW Military Ste 201**<br>Number  Street | Number  Street |
| | **San Antonio    TX    78231**<br>City              State  Zip Code | City              State  Zip Code |
| **How long employed there?** | **8 years 3 months** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form.  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | **$5,659.00** | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| **4.** | Calculate gross income.  Add line 2 + line 3. | 4. | **$5,659.00** | |

Debtor 1    **Haajar Muhammad Owen**                                    Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................➔ | 4. | $5,659.00 | |

5.   List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a.  Tax, Medicare, and Social Security deductions | 5a. | $975.00 | |
| 5b.  Mandatory contributions for retirement plans | 5b. | $0.00 | |
| 5c.  Voluntary contributions for retirement plans | 5c. | $0.00 | |
| 5d.  Required repayments of retirement fund loans | 5d. | $0.00 | |
| 5e.  Insurance | 5e. | $367.00 | |
| 5f.  Domestic support obligations | 5f. | $0.00 | |
| 5g.  Union dues | 5g. | $0.00 | |
| 5h.  Other deductions.<br>Specify: __Company Loan__ | 5h.+ | $217.00 | |

6.   **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.    **$1,559.00**

7.   **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.    7.    **$4,100.00**

8.   List all other income regularly received:

| | | | |
|---|---|---|---|
| 8a.  **Net income from rental property and from operating a business, profession, or farm** | 8a. | $0.00 | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b.  **Interest and dividends** | 8b. | $0.00 | |
| 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d.  **Unemployment compensation** | 8d. | $0.00 | |
| 8e.  **Social Security** | 8e. | $0.00 | |
| 8f.  **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: | 8f. | $0.00 | |
| 8g.  **Pension or retirement income** | 8g. | $0.00 | |
| 8h.  **Other monthly income.**<br>Specify: | 8h.+ | $0.00 | |

9.   **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    **$0.00**

10.  **Calculate monthly income.**  Add line 7 + line 9.    10.    **$4,100.00**  +  _____  =  **$4,100.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.  **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  +    **$0.00**

12.  **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    **$4,100.00**
**Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**

☑ No.    **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

| Debtor 1 | **Haajar** | **Muhammad** | **Owen** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☒ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ☐ No

    ☒ Yes. Fill out this information for each dependent......

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 13 | ☐ No   ☒ Yes |
| Son | 7 | ☐ No   ☒ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ☒ No
    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**       4. _____ **$1,000.00**
    Include first mortgage payments and any rent for the ground or lot.

    If not included in line 4:

    4a.  Real estate taxes                                              4a. _____

    4b.  Property, homeowner's, or renter's insurance                  4b. _____

    4c.  Home maintenance, repair, and upkeep expenses                 4c. _____

    4d.  Homeowner's association or condominium dues                   4d. _____

| Debtor 1 | **Haajar Muhammad Owen** | Case number (if known) | |
|---|---|---|---|

**Your expenses**

| | | | | |
|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | | |
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | | **$275.00** |
| | 6b. Water, sewer, garbage collection | 6b. | | **$100.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | | **$148.00** |
| | 6d. Other. Specify: __Cell Phone__ | 6d. | | **$205.00** |
| 7. | **Food and housekeeping supplies** | 7. | | **$995.00** |
| 8. | **Childcare and children's education costs** | 8. | | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | | **$200.00** |
| 10. | **Personal care products and services** | 10. | | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | | **$55.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | | **$295.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | | |
| 14. | **Charitable contributions and religious donations** | 14. | | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | | |
| | 15b. Health insurance | 15b. | | |
| | 15c. Vehicle insurance | 15c. | | **$198.00** |
| | 15d. Other insurance. Specify: | 15d. | | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | | |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | | |
| | 17b. Car payments for Vehicle 2 | 17b. | | |
| | 17c. Other. Specify: **Car Note** | 17c. | | **$429.00** |
| | 17d. Other. Specify: | 17d. | | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | |

Debtor 1    **Haajar Muhammad Owen**_____    Case number (if known) _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on
Schedule I: Your Income.**

    20a.   Mortgages on other property                    20a.  _____

    20b.   Real estate taxes                            20b.  _____

    20c.   Property, homeowner's, or renter's insurance    20c.  _____

    20d.   Maintenance, repair, and upkeep expenses    20d.  _____

    20e.   Homeowner's association or condominium dues  20e.  _____

**21.** **Other.**  Specify: **Grooming**_____   21.  +_____**$100.00**

**22.** **Calculate your monthly expenses.**

    22a.   Add lines 4 through 21.                        22a.  _____**$4,100.00**

    22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.  22b.  _____

    22c.   Add line 22a and 22b.  The result is your monthly expenses.  22c.  _____**$4,100.00**

**23.** **Calculate your monthly net income.**

    23a.   Copy line 12 (your combined monthly income) from Schedule I.  23a.  _____**$4,100.00**

    23b.   Copy your monthly expenses from line 22c above.  23b.  –_____**$4,100.00**

    23c.   Subtract your monthly expenses from your monthly income.
           The result is your monthly net income.  23c.  _____**$0.00**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
            **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Haajar** | **Muhammad** | **Owen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

**Your assets**
Value of what you own

**1.**   *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B................................................. **$0.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B...................................... **$14,875.00**

    1c.  Copy line 63, Total of all property on Schedule A/B................................................ **$14,875.00**

### Part 2:     Summarize Your Liabilities

**Your liabilities**
Amount you owe

**2.**   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$17,400.00**

**3.**   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... **$0.00**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+ $116,917.20**

**Your total liabilities** **$134,317.20**

### Part 3:     Summarize Your Income and Expenses

**4.**   *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I........................................................ **$4,100.00**

**5.**   *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J........................................................ **$4,100.00**

Debtor 1    **Haajar Muhammad Owen**  _____    Case number (if known) _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑   Yes

**7.   What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.**  _Consumer debts_ are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.   From the _Statement of Your Current Monthly Income:_** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

**$5,659.00**

**9.   Copy the following special categories of claims from Part 4, line 6 of _Schedule E/F:_**

**Total claim**

From Part 4 on _Schedule E/F,_ copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)                                                   **$0.00**

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)        **$0.00**

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    **$0.00**

9d.  Student loans.  (Copy line 6f.)                                                                          **$66,363.00**

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)        **$0.00**

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    **+**  **$0.00**

9g.  **Total.**  Add lines 9a through 9f.                                                                     **$66,363.00**

**Fill in this information to identify your case:**

Debtor 1      __Haajar__          __Muhammad__          __Owen__
              First Name          Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name            Last Name

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number
(if known)      _____

☐ Check if this is an
   amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| __13210 Arbor Isle Dr__ | From __2015__ | | From _____ |
| Number    Street | To __8/2018__ | Number    Street | To _____ |
| __Unit 304__ | | | |
| __Tampa__      __FL__   __33637__ | | | |
| City      State   ZIP Code | | City      State   ZIP Code | |

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| __16011 Butterfield Ranch Rd__ | From __8/2018__ | | From _____ |
| Number    Street | To __6/2019__ | Number    Street | To _____ |
| __Chino HIlls__      __CA__   __31709__ | | | |
| City      State   ZIP Code | | City      State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1 __Haajar Muhammad Owen_____    Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes.  Fill in the details.

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | _____ | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | _____ |
| **For the last calendar year:** (January 1 to December 31, __2019__) YYYY | | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | **$60,068.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | _____ |
| **For the calendar year before that:** (January 1 to December 31, __2018__) YYYY | | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | **$67,886.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | _____ |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☒ No
☐ Yes.  Fill in the details.

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 2

Debtor 1    **Haajar Muhammad Owen** _____    Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **FHI I The Heights, LLC vs. Owen** | **Civil Suit** **Foreign Judgment entered on 9/18/19** | **Superior Court of California County of San Bernardino** Court Name | ☐ Pending ☐ On appeal ☒ Concluded |
| Case number **UDFS1902954** | | Number      Street | |
| | | City             State      ZIP Code | |

Debtor 1    **Haajar Muhammad Owen**                                        Case number (if known) _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | | |
|---|---|---|
| | **Describe the property** | **Date**    **Value of the property** |

**Bridgecrest Financial**                    **2019 Jeep**                    __04/2019__    __$19,000.00__
Creditor's Name

_____    **Explain what happened**
Number      Street                                ☑ Property was repossessed.
_____    ☐ Property was foreclosed.
                                                     ☐ Property was garnished.
_____    ☐ Property was attached, seized, or levied.
City                    State    ZIP Code

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Haajar Muhammad Owen**                                    Case number (if known) _____

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

   ☑ No
   ☐ Yes. Fill in the details.

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

   Do not include any payment or transfer that you listed on line 16.

   ☐ No
   ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Lexington Law** | $25.00 monthly | | |
| Person Who Was Paid | | | |
| _____ | | **2016-2019** | _____ |
| Number    Street | | | |
| _____ | | _____ | _____ |
| City           State    ZIP Code | | | |
| **Allen Credit & Debt Counseling** | $25 | | |
| Person Who Was Paid | | | |
| _____ | | **12/19/19** | **$25.00** |
| Number    Street | | | |
| _____ | | _____ | _____ |
| City           State    ZIP Code | | | |

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

   Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ☑ No
   ☐ Yes. Fill in the details.

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?    (These are often called asset-protection devices.)

   ☑ No
   ☐ Yes. Fill in the details.

Debtor 1   **Haajar Muhammad Owen** _____   Case number (if known) _____

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase** <br> Name of Financial Institution <br><br> Number      Street <br><br><br> City                     State     ZIP Code | XXXX- __ __ __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | 2019 | ($1,500.00) |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

## Part 9:   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Haajar Muhammad Owen**                                    Case number (if known) _____

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☑ No
    ☐ Yes.  Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☑ No.  None of the above applies.  Go to Part 12.
    ☐ Yes.  Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

    ☐ No
    ☐ Yes.  Fill in the details below.

Debtor 1   **Haajar Muhammad Owen**                                    Case number (if known) _____

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Haajar Muhammad Owen**                  X _____
Haajar Muhammad Owen, Debtor 1                       Signature of Debtor 2

Date    **01/12/2020**                               Date   _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____   Attach the  *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Haajar** | **Muhammad** | **Owen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Hold Secured Claims

1.    **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Sol Acceptance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **2017 Buick Encore** | | |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases          Will this lease be assumed?

**None.**

Debtor 1    **Haajar Muhammad Owen** _____    Case number (if known) _____

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.**

X **/s/ Haajar Muhammad Owen** _____    X _____

Haajar Muhammad Owen, Debtor 1        Signature of Debtor 2

Date **01/12/2020** _____        Date _____
MM / DD / YYYY                MM / DD / YYYY

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re  **Haajar Muhammad Owen**

Case No.  _____

Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................. | **$1,700.00** |
| Prior to the filing of this statement I have received........................................................ | **$1,700.00** |
| Balance Due.............................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d.  [Other provisions as needed]

   **Stop creditor actions against client**
   **Pre-Confirmation Motion to Extend or Impose Stay**
   **Response to Pre-Confirmation Motion for Relief from Stay**
   **Employer Deduction Order**
   **Lien Avoidances necessary to confirm Plan**
   **Modification necessary to confirm Plan**
   **Objections to claims necessary to confirm Plan**
   **Objections to late-filed claims**
   **Bar Date review of claims, filing of certification and resulting pleadings**
   **Change of Address**

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Motion to Retain ($450)**
**Amend or Modify schedules ($300)**
**Plan Modification ($300)**
**Lien Avoidance ($300)**
**Objection to Claim ($350)**
**Resolving Motion for Relief from Stay ($450)**
**Motion to Suspend or Excuse Plan Payments ($350)**
**Motion to Sell Property ($500)**
**Motion to Compromise Claim ($500)**
**Application to Employ Professional ($400)**
**Motion to Refinance Property or Motion to Incur ($500)**
**Resolving Motions to Dismiss ($350)**
**Resolving Creditor or Trustee Motions to Modify Plan ($150)**
**Motion to Sever or Dismiss as to one Joint Debtor ($300)**
**Motion to Reopen or to Vacate Dismissal Order ($500)**
**Motion to Reimpose Stay ($500)**
**Adversary Proceeding ($375/hour)**
**Miscellaneous Action ($400)**

**7. If this is a Chapter 13 proceeding, I certify that I have provided the Debtor with the statement entitled "Rights and Responsibilities".**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/12/2020 | /s/ Matthew T. Berry | |
|---|---|---|
| *Date* | *Matthew T. Berry* | Bar No.  055663 |
| | Berry & Associates | |
| | 2751 Buford Hwy | |
| | Suite 600 | |
| | Atlanta, GA 30324 | |
| | Phone: (404) 235-3300 / Fax: (404) 235-3333 | |

---

**/s/ Haajar Muhammad Owen**
*Haajar Muhammad Owen*

Bridgecrest
7300 East Hampton Avenue
Suite 100
Mesa, AZ 85209


Canyon Ridge Hospital
P.O. Box 1778
Chino, CA 91708



Canyon Ridge Hospital
c/o Frost-Arnett
P.O. Box 198988
Nashville, TN 37219-8988


Chase
JPMorgan Chase Bank, N.A.
P.O. Box 182051
Columbus, OH 43218-2051


Collins Asset Group
5725 Highway 290 West, Suite 103
PO Box 91059
Austin, TX 78735


Credit Collection Services
725 Canton St.
Norwood, MA 02062



Department of Education/Nelnet
Attn: Claims
PO Box 82505
Lincoln, NE 68501


FHF I The Heights, LLC
28 State Street 10th Floor
Boston, MA 02109



FHF I The Heights, LLC
c/o Kimball, Tirey & St. John, LLP
2040 Main St., Suite 500
Irvine, CA 92614

```
Frost Arnett Company
PO Box 198988
Nashville, TN 37219-8988



Global Trust Management
PO Box 26244
Tampa FL 33623



Grant & Weber
Attn: Bankruptcy
26610 Agoura Road, Suite 209
Calabasas, CA 91302


Inbox Loan
PO Box 881
Santa Rosa CA 95402



JP Morgan Chase Bank
100 S Vincent Ave West
Covina CA 91790



Nelnet
Attn: Bankruptcy Claims
PO Box 82505
Lincoln, NE 68501



Niizhwaaswi LLC
Loan at Last
PO Box 1193
Lac du Flambeau WI 54548



Northeast Georgia Health System
P.O. Box 744126
Atlanta, GA 30374-3362



Northeast Georgia Payment Center
PO Box 129
Oakwood GA 30566
```

Premier Family Medicine Assoc.
1770 North Orange Grove Avenue
Pomona, CA 91767


Premier Family Medicine Assoc.
c/o Grant & Weber
P.O. Box 8669
Calabasas, CA 91372-8669


Premier Family Medicine Assoc.
c/o Grant & Weber, Inc.
5586 S. Fort Apache Road, Ste 110
Las Vegas, NV 89148


Progressive Direct Auto
P.O. Box 31260
Tampa, FL 33631


Progressive Leasing
PO Box 413110
Salt Lake City, UT 84141-3110


Radiant Cash
PO Box 1183
Lac du Flambeau WI 54538


Sol Acceptance
1424 N Batavia St
Orange, CA 92867


Speedy Cash
8918 West 21st North
Suite 200 PMB 303
Wichita KS 67205


True Accord
16011 College Blvd
Suite 130
Lenexa KS 66219

United Financial Casualty Co
6300 Wilson Mills Road
Mayfield Village, OH 44143-2182


United Financial Casualty Co
c/o Credit Collection Services
725 Canton St.
Norwood, MA 02062

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Haajar** | **Muhammad** | **Owen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income                  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$5,659.00** | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | **$0.00** | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | **$0.00** | _____ |

Debtor 1    **Haajar Muhammad Owen**

Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5.    Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 |  |  |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − |  |  |  |
| Net monthly income from a business, profession, or farm | $0.00 |  | Copy here ➡ | $0.00 |  |

**6.    Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 |  |  |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − |  |  |  |
| Net monthly income from rental or other real property | $0.00 |  | Copy here ➡ | $0.00 |  |

**7.    Interest, dividends, and royalties**                                                       $0.00

**8.    Unemployment compensation**                                                            $0.00

Do not enter the amount if you contend that the amount received was a
benefit under the Social Security Act.  Instead, list it here: .............↴

For you...........................................................................    $0.00

For your spouse...............................................................    _____

**9.    Pension or retirement income.**  Do not include any amount received that
was a benefit under the Social Security Act.                                    $0.00

**10.    Income from all other sources not listed above.**  Specify the source and
amount.  Do not include any benefits received under the Social Security Act
or payments received as a victim of a war crime, a crime against humanity,
or international or domestic terrorism.  If necessary, list other sources on a
separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.           + _____  + _____

**11.    Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$5,659.00  +  _____  =  **$5,659.00**

**Total current
monthly income**

Debtor 1 __Haajar Muhammad Owen_____    Case number (if known) _____

| **Part 2:** | **Determine Whether the Means Test Applies to You** |

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➔ 12a. | **$5,659.00**

Multiply by 12 (the number of months in a year). | X | 12

12b. The result is your annual income for this part of the form. | 12b. | **$67,908.00**

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. | **Georgia**

Fill in the number of people in your household. | **3**

Fill in the median family income for your state and size of household............................................................ 13. | **$72,594.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | **Sign Below** |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Haajar Muhammad Owen**_____    X _____
Haajar Muhammad Owen, Debtor 1                          Signature of Debtor 2

Date __**1/12/2020**_____                           Date _____
         MM / DD / YYYY                                            MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.